USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND JOHNSON, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

GODADDY, INC., *et al.*,

Defendants.

1:26-cv-7144-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 22, 2026, the parties filed a proposed stipulation and order. Dkt. No. 12. The Court will not act on the parties' stipulation because the stipulation does not comply with Rule 1(F) of the Court's Individual Rules of Practice in Civil Cases. The parties are advised that should they wish to renew their request, they must do so in compliance with Rule 1(F).

SO ORDERED.

Dated: September 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge