**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAYMOND JOHNSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY INC., AMAN BHUTANI, and MARK MCCAFFREY,<br><br>Defendants. | Case No. 1:26-cv-07144-GHW<br><br>CLASS ACTION |

**NOTICE OF MOTION AND MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Gregory H. Woods, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 12C, New York, New York 10007, the Public Employees' Retirement System of Mississippi ("MSPERS"), by counsel, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) appointing MSPERS as Lead Plaintiff in the above-captioned action (the "Action"); (ii) approving its selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as Lead Counsel for the proposed class; and (iii) granting such further relief as the Court may deem just and proper.

In support of its Motion, MSPERS submits its Memorandum of Law in Support of the Motion of the Public Employees' Retirement System of Mississippi for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel, and the Declaration of Frederic S. Fox in Support of the Motion of the Public Employees' Retirement System of Mississippi for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel, dated October 20, 2026, and the exhibits thereto, including MSPERS's PSLRA certification, a chart of its losses, the notice of pendency of the Action, and the firm résumé of Kaplan Fox.

This Motion is made on the grounds that MSPERS believes it is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, MSPERS believes that it has the "largest financial interest" in the relief sought by the proposed class as a result of the losses of approximately $3.1 million (under both the first-in, first-out and last-in, first-out methodologies) it suffered on its purchases of GoDaddy Inc. ("GoDaddy") common stock during the period from September 3, 2025 through February 24, 2026, inclusive

(the "Class Period"). MSPERS also believes that it otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of those of other class members, as it purchased GoDaddy common stock during the Class Period at prices allegedly artificially inflated by Defendants' materially false and misleading statements and was damaged when the truth was revealed, and because, as a sophisticated institutional investor that understands the duties of a lead plaintiff under the PSLRA and has retained experienced counsel, it will fairly and adequately represent the interests of the class.

WHEREFORE, MSPERS respectfully requests that the Court: (1) appoint MSPERS as Lead Plaintiff for the Action in accordance with the PSLRA; (2) approve its selection of Kaplan Fox to serve as Lead Counsel for the proposed class; and (3) grant any such further relief that the Court may deem just and proper.

Dated: October 20, 2026

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Frederic S. Fox*

Frederic S. Fox
Donald R. Hall
Pamela Mayer
Brandon Fox
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com
pmayer@kaplanfox.com
bfox@kaplanfox.com

*Counsel for Movant the Public Employees' Retirement System of Mississippi and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Frederic S. Fox, hereby certify that, on October 20, 2026, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM/ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Frederic S. Fox*
Frederic S. Fox